**Order filed September 4, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01053-CV

———————

**DIOGU LAW FIRM PLLC; DIOGU KALU DIOGU II, Appellant**

**V.**

**DAVID MELANSON; DENISE ROBBINS; EDDIE M. KRENEK; TRICIA KRENEK, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-251076**

## O R D E R

The clerk's record was filed April 22, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Plaintiffs Original Petition filed 5/3/201 and Plaintiffs First Amended Original Petition filed 7/10/2018.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before September 10, 2020, containing Plaintiffs Original

Petition filed 5/3/201 and Plaintiffs First Amended Original Petition filed 7/10/2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.